# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CIVIL NO. 1:09CV709-LG |
| § | CRIMINAL NO. 1:07CR97-LG-RHW |
| § | |
| JOSE ALBERTO RODRIGUEZ- § | |
| VAZQUEZ § | |

## JUDGMENT

This cause is before the Court on the Agreed Petition Pursuant to 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence [15]. The issues having been duly considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Agreed Petition Pursuant to 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence [15], should be, and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant's original sentence be **VACATED AND CORRECTED** as set forth in that Memorandum Opinion, and this matter be closed.

**SO ORDERED AND ADJUDGED** this the 23rd day of April, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE